UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

**Order Filed on August 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    _____

Chapter:    _____

Judge:    _____

# ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 18, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____:

Property:         _____

Creditor:         _____

and a Request for

- ❑ Extension of the Loss Mitigation Period having been filed by _____, and for good cause shown,

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

- ❑ The Loss Mitigation Period is extended up to and including _____.

- ❑ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*