UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622; Fax: (408) 519-6711
Email: herbertraymond@gmail.com

In Re:
GODFRED FREMPONG-MANSO,

DEBTOR

Order Filed on August 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-10036

Chapter: 13

Judge: VFP

# ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 18, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  5/19/22           :

Property:    21-23 CLIFTON STREET, NEWARK, NJ

Creditor:    SELENE FINANCE

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  DEBTOR           , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  11/10/2022          .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-10036-VFP
Godfred Frempong-Manso  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Aug 18, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

**Recip ID**     **Recipient Name and Address**
db     + Godfred Frempong-Manso, 21-23 Clifton Street, Newark, NJ 07114-1503

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Aleisha Candace Jennings
    on behalf of Creditor NJCCFund #4 LLC ajennings@raslg.com

Brian C. Nicholas
    on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor NJCCFund #4 LLC hkaplan@rasnj.com  informationathnk@aol.com

Harold N. Kaplan
    on behalf of Creditor DLJ Mortgage Capital  Inc. hkaplan@rasnj.com, informationathnk@aol.com

Herbert B. Raymond
    on behalf of Debtor Godfred Frempong-Manso herbertraymond@gmail.com
    raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 18, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
   magecf@magtrustee.com

Shauna M Deluca
   on behalf of Creditor NJCCFund #4 LLC sdeluca@hasbanilight.com  hllawpc@gmail.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8