UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:             CASE NO.: 22-10036-VFP
            CHAPTER 13

**Godfred Frempong-Manso,**
Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DLJ MORTGAGE CAPITAL, INC. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
            Authorized Agent for Secured Creditor
            130 Clinton Rd #202
            Fairfield, NJ 07004
            Telephone: 470-321-7112

            By: /s/Kimberly Wilson
                Kimberly Wilson
                Email: kimwilson@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GODFRED FREMPONG-MANSO
21-23 CLIFTON STREET
NEWARK, NJ 07114

And via electronic mail to:

HERBERT B. RAYMOND
7 GLENWOOD AVE,
SUITE #408 4TH FLOOR
EAST ORANGE, NJ 07017

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Brianna Carr