Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−10036−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Godfred Frempong−Manso
    aka Godfred Frempong, aka Godfred
    Manso
    21−23 Clifton Street
    Newark, NJ 07114

Social Security No.:
    xxx−xx−1402

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

        NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        12/1/22
Time:        02:00 PM
Location:      Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ
07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not
required.

        The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,
period: 2/1/2022 to 11/10/2022

COMMISSION OR FEES
$2,550.00

EXPENSES
$0.

If this is a chapter 13 case, the fees and expenses awarded:

    ☑        will not reduce the amount to be paid to general unsecured
            creditors under the plan.

    ☐        will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.


Dated: November 14, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10036-VFP |
| Godfred Frempong-Manso | Chapter 13 |
|    Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 14, 2022 | Form ID: 137 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Godfred Frempong-Manso, 21-23 Clifton Street, Newark, NJ 07114-1503 |
| 519477413 | + | Adjei Bawuah, 21-23 Clifton Street, Newark, NJ 07114-1503 |
| 519492382 | + | FCI Lender Services, PO Box 27370, Anaheim, CA 92809-0112 |
| 519492383 | + | FCI Lender Services, P0 Box 28720, Anaheim, CA 92809-0157 |
| 519492384 | + | FCI Lender Services, Inc., 8180 E Kaiser Blvd, Anaheim, CA 92808-2277 |
| 519492385 | + | FCI Lender Services, Inc. DBA FCI, PO Box 27370, Anaheim, CA 92809-0112 |
| 519530994 | + | NJCC FUND #4 LLC, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 519477414 | | Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 519477415 | + | Plueses, Becker, & Saltzman LLP, Attorneys At Law, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 519477417 | + | Selene Finance Company, 9990 Richmond Avenue, Suite 400 South, Attn: Escalation Department, Houston, TX 77042-4546 |
| 519477422 | #+ | Selene Finance LP, PO Box 421517, Houston, TX 77242-1517 |
| 519477423 | #+ | Selene Finance Services, PO Box 422039, Houston, TX 77242-4239 |
| 519477424 | + | Selene Finance Services LLP, PO Box 71243, Philadelphia, PA 19176-6243 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2022 22:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2022 22:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 14 2022 22:15:00 | DLJ Mortgage Capital, Inc., Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519679643 | + | Email/Text: RASEBN@raslg.com | Nov 14 2022 22:15:00 | DLJ Mortgage Capital, Inc., Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519664856 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 14 2022 22:16:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519477416 | + | Email/Text: bkteam@selenefinance.com | Nov 14 2022 22:15:00 | Selene Finance, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 519477418 | + | Email/Text: bkteam@selenefinance.com | Nov 14 2022 22:15:00 | Selene Finance LLC, PO Box 422039, Houston, TX 77242-4239 |
| 519477421 | + | Email/Text: bkteam@selenefinance.com | Nov 14 2022 22:15:00 | Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 8

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 14, 2022 | Form ID: 137 | Total Noticed: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519664857 | *+ | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519477419 | *+ | Selene Finance LLC, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 519477420 | *+ | Selene Finance LLP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2022              Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NJCCFund #4 LLC ajennings@raslg.com |
| Brian C. Nicholas | on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NJCCFund #4 LLC hkaplan@rasnj.com  kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor DLJ Mortgage Capital  Inc. hkaplan@rasnj.com, kimwilson@raslg.com |
| Herbert B. Raymond | on behalf of Debtor Godfred Frempong-Manso herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor DLJ Mortgage Capital  Inc. k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Shauna M Deluca | on behalf of Creditor NJCCFund #4 LLC sdeluca@hasbanilight.com  hllawpc@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10