Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−10036−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Godfred Frempong−Manso
   aka Godfred Frempong, aka Godfred
   Manso
   21−23 Clifton Street
   Newark, NJ 07114

Social Security No.:
   xxx−xx−1402

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       10/5/23
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,
period: 9/1/2023 to 9/8/2023

COMMISSION OR FEES
$750.00

EXPENSES
$462.50.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 11, 2023
JAN:

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                   Case No. 22-10036-VFP
Godfred Frempong-Manso                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Sep 11, 2023    Form ID: 137    Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Godfred Frempong-Manso, 21-23 Clifton Street, Newark, NJ 07114-1503 |
| 519477413 | + | Adjei Bawuah, 21-23 Clifton Street, Newark, NJ 07114-1503 |
| 519492384 | + | FCI Lender Services, Inc., 8180 E Kaiser Blvd, Anaheim, CA 92808-2277 |
| 519492385 | + | FCI Lender Services, Inc. DBA FCI, PO Box 27370, Anaheim, CA 92809-0112 |
| 519530994 | + | NJCC FUND #4 LLC, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 519477424 | + | Selene Finance Services LLP, PO Box 71243, Philadelphia, PA 19176-6243 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 11 2023 20:46:00 | DLJ Mortgage Capital, Inc., Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519679643 | + | Email/Text: RASEBN@raslg.com | Sep 11 2023 20:46:00 | DLJ Mortgage Capital, Inc., Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519664856 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 11 2023 20:48:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519492383 | ^ | MEBN | Sep 11 2023 20:30:09 | FCI Lender Services, P0 Box 28720, Anaheim, CA 92809-0157 |
| 519492382 | ^ | MEBN | Sep 11 2023 20:29:25 | FCI Lender Services, PO Box 27370, Anaheim, CA 92809-0112 |
| 519477414 | | Email/Text: dnj@pbslaw.org | Sep 11 2023 20:47:00 | Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 519477415 | + | Email/Text: dnj@pbslaw.org | Sep 11 2023 20:47:00 | Plueses, Becker, & Saltzman LLP, Attorneys At Law, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 519477416 | + | Email/Text: bkteam@selenefinance.com | Sep 11 2023 20:47:00 | Selene Finance, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 519477417 | + | Email/Text: bkteam@selenefinance.com | Sep 11 2023 20:47:00 | Selene Finance Company, 9990 Richmond Avenue, Suite 400 South, Attn: Escalation |

Case 22-10036-VFP    Doc 69    Filed 09/13/23    Entered 09/14/23 00:14:40    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 11, 2023 | Form ID: 137 | Total Noticed: 19 |

| Recip ID | Bypass Reason | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, Houston, TX 77042-4546 |
| 519477418 | + | Email/Text: bkteam@selenefinance.com | Sep 11 2023 20:47:00 | Selene Finance LLC, PO Box 422039, Houston, TX 77242-4239 |
| 519477421 | + | Email/Text: bkteam@selenefinance.com | Sep 11 2023 20:47:00 | Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519664857 | *+ | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519477419 | *+ | Selene Finance LLC, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 519477420 | *+ | Selene Finance LLP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 519477422 | ##+ | Selene Finance LP, PO Box 421517, Houston, TX 77242-1517 |
| 519477423 | ##+ | Selene Finance Services, PO Box 422039, Houston, TX 77242-4239 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:

**Name**  **Email Address**

Aleisha Candace Jennings
on behalf of Creditor NJCCFund #4 LLC ajennings@raslg.com

Brian C. Nicholas
on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
on behalf of Creditor NJCCFund #4 LLC hkaplan@rasnj.com  kimwilson@raslg.com

Harold N. Kaplan
on behalf of Creditor DLJ Mortgage Capital  Inc. hkaplan@rasnj.com, kimwilson@raslg.com

Herbert B. Raymond
on behalf of Debtor Godfred Frempong-Manso herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Kimberly A. Wilson
on behalf of Creditor DLJ Mortgage Capital  Inc. kimwilson@raslg.com

Marie-Ann Greenberg
magecf@magtrustee.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 11, 2023 | Form ID: 137 | Total Noticed: 19 |

Shauna M Deluca
        on behalf of Creditor NJCCFund #4 LLC sdeluca@hasbanilight.com hllawpc@gmail.com

Sindi Mncina
        on behalf of Creditor DLJ Mortgage Capital  Inc. smncina@raslg.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11