UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.;
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on October 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

GODFRED FREMPONG-MANSO,
DEBTOR(S)

Case No.: 22-10036 (VFP)

Adv. No.:

Hearing Date: 10/5/2023

Judge: VINCENT PAPALIA

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: October 12, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

Debtor: Godfred Frempong-Manso, Debtor(s)

Case no.: 22-10036 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees

_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$750.00** for services rendered and expenses in the amount **$462.50**  for a total of **$1,212.50.**  The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.