| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Raymond & Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4th Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond, Esq.;<br>Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) |
| In Re:<br><br>GODFRED FREMPONG-MANSO, DEBTOR |

Order Filed on January 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:        22-10036 VFP

Chapter:            13

Hearing Date:    1/18/24 10:00am

Judge:            Vincent Papalia

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

| Recommended Local Form:     ☐ Followed     ☒ Modified |
|---|

The relief set forth on the following pages is hereby **ORDERED.**

**DATED: January 18, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 21-23 Clifton Street, Newark, New Jersey 07114

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: MERS, as nominee for Countrywide Bank, Fsb
   b. Current Assignee: N/A
   c. Current Servicer: FCI Lender Services, Inc.
   d. Date of Mortgage/Lien: March 14, 2007
   e. Date of Recordation: April 11, 2007
   f. Place of Recordation: Essex County
      i. Mortgage Book: 12044
      ii. Page: 9181
   g. Original Principal Balance of Mortgage/Lien: $ 112,000

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

<u>Addendum to Order Discharging and Cancelling Mortgage Pertaining to Godfred Frempong-Manso, Regarding Real Property Located at 21-23 Clifton Street, Newark, New Jersey 07114. Block: 2768, Lot: 9.14.</u>

<u>Record Owner(s):</u> Godfred Frempong Manso and Adjei Bawuah

<u>*Title/Property Vesting Recital*</u>: This mortgage discharge pertains to real property owned by Godfred Frempong Manso, by deed from Edna Bawuah as POA for Adjei Bawuah, dated August 30, 2022, recorded August 31, 2022, in the Register's Office of the County of Essex, New Jersey, as Instrument No. 2022080649.

Being the same premises conveyed to Godfred Frempong Manso and Adjei Bawuah by deed from Kevin McRae, dated February 28, 2007, recorded March 28, 2007, in the Register's Office of the County of Essex, New Jersey, in Book 12041, Page 1322.

<u>*Mortgage(s)/Obligation(s) to be Discharged (Supplementing Chapter 13 Order Authorizing Cancellation of Mortgage)(2nd Mortgage)*</u>: A mortgage from Godfred Frempong Manso and Adjei Bawuah, to Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Bank, FSB, dated March 14, 2007, and recorded April 11, 2007, in Book 12044, Page 9181, to secure $112,000.00.