**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Raymond & Raymond, Attorneys at Law
7 Glenwood Avenue, 4th Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond; Jeffrey M. Raymond, Esq.;
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

In Re:

GODFRED FREMPONG-MANSO, DEBTOR

Order Filed on January 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No: | 22-10036 VFP |
| Chapter: | 13 |
| Hearing Date: | 1/18/24 10:00am |
| Judge: | Vincent Papalia |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER (specify)** _____

Recommended Local Form:   ☐ Followed   ☒ Modified

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 18, 2024**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER:** THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 21-23 Clifton Street, Newark, New Jersey 07114 _____

   _____

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder:  MERS, as nominee for Countrywide Bank, Fsb
   b. Current Assignee:  N/A
   c. Current Servicer:  FCI Lender Services, Inc.
   d. Date of Mortgage/Lien: March 14, 2007
   e. Date of Recordation: April 11, 2007
   f. Place of Recordation: Essex County
      i. Mortgage Book:  12044
      ii. Page:  9181
   g. Original Principal Balance of Mortgage/Lien: $ 112,000

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

2

<u>Addendum to Order Discharging and Cancelling Mortgage Pertaining
to Godfred Frempong-Manso, Regarding Real Property Located at 21-
23 Clifton Street, Newark, New Jersey 07114.  Block: 2768, Lot:
9.14.</u>

<u>Record Owner(s):</u> Godfred Frempong Manso and Adjei Bawuah

*<u>Title/Property Vesting Recital</u>*: This mortgage discharge
pertains to real property owned by Godfred Frempong Manso, by
deed from Edna Bawuah as POA for Adjei Bawuah, dated August 30,
2022, recorded August 31, 2022, in the Register's Office of the
County of Essex, New Jersey, as Instrument No. 2022080649.

Being the same premises conveyed to Godfred Frempong Manso and
Adjei Bawuah by deed from Kevin McRae, dated February 28, 2007,
recorded March 28, 2007, in the Register's Office of the
County of Essex, New Jersey, in Book 12041, Page 1322.

*<u>Mortgage(s)/Obligation(s) to be Discharged (Supplementing
Chapter 13 Order Authorizing Cancellation of Mortgage) (2nd
Mortgage)</u>*: A mortgage from Godfred Frempong Manso and Adjei
Bawuah, to Mortgage Electronic Registration Systems, Inc., as
nominee for Countrywide Bank, FSB, dated March 14, 2007, and
recorded April 11, 2007, in Book 12044, Page 9181, to secure
$112,000.00.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 22-10036-VFP
Godfred Frempong-Manso                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                              Page 1 of 2
Date Rcvd: Jan 19, 2024                      Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

**Recip ID**              **Recipient Name and Address**
db                    +   Godfred Frempong-Manso, 21-23 Clifton Street, Newark, NJ 07114-1503

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed
below:**

**Name**                        **Email Address**

Aleisha Candace Jennings
                                on behalf of Creditor NJCCFund #4 LLC ajennings@raslg.com

Denise E. Carlon
                                on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
                                on behalf of Creditor DLJ Mortgage Capital  Inc. hkaplan@rasnj.com, kimwilson@raslg.com

Harold N. Kaplan
                                on behalf of Creditor NJCCFund #4 LLC hkaplan@rasnj.com  kimwilson@raslg.com

Herbert B. Raymond
                                on behalf of Debtor Godfred Frempong-Manso herbertraymond@gmail.com
                                raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra
                                ymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

District/off: 0312-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Jan 19, 2024                          Form ID: pdf903                              Total Noticed: 1

Kimberly A. Wilson
                        on behalf of Creditor DLJ Mortgage Capital  Inc. kimwilson@raslg.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

Shauna M Deluca
                        on behalf of Creditor NJCCFund #4 LLC sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina
                        on behalf of Creditor DLJ Mortgage Capital  Inc. smncina@raslg.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10