Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.:  22−10036−VFP
                            Chapter:  13
                            Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Godfred Frempong−Manso
   aka Godfred Frempong, aka Godfred
   Manso
   21−23 Clifton Street
   Newark, NJ 07114

Social Security No.:
   xxx−xx−1402

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 12, 2024</u>                    <u>Vincent F. Papalia</u>
                                                Judge, United States Bankruptcy Court