Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  22−10036−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Godfred Frempong−Manso
    aka Godfred Frempong, aka Godfred
    Manso
    21−23 Clifton Street
    Newark, NJ 07114

Social Security No.:
    xxx−xx−1402

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the

    Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: April 12, 2024
JAN: dmc

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10036-VFP |
| Godfred Frempong-Manso | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 12, 2024 | Form ID: cscnodsc | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Godfred Frempong-Manso, 21-23 Clifton Street, Newark, NJ 07114-1503 |
| 519477413 | + | Adjei Bawuah, 21-23 Clifton Street, Newark, NJ 07114-1503 |
| 519492385 | + | FCI Lender Services, Inc. DBA FCI, PO Box 27370, Anaheim, CA 92809-0112 |
| 519530994 | + | NJCC FUND #4 LLC, Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 12 2024 20:45:00 | DLJ Mortgage Capital, Inc., Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519679643 | + | Email/Text: RASEBN@raslg.com | Apr 12 2024 20:45:00 | DLJ Mortgage Capital, Inc., Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 519664856 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 12 2024 20:46:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519492383 | + | Email/Text: LMitchell@myfci.com | Apr 12 2024 20:46:49 | FCI Lender Services, P0 Box 28720, Anaheim, CA 92809-0157 |
| 519492382 | + | Email/Text: LMitchell@myfci.com | Apr 12 2024 20:46:00 | FCI Lender Services, PO Box 27370, Anaheim, CA 92809-0112 |
| 519492384 | + | Email/Text: LMitchell@myfci.com | Apr 12 2024 20:46:00 | FCI Lender Services, Inc., 8180 E Kaiser Blvd, Anaheim, CA 92808-2277 |
| 519477414 | | Email/Text: dnj@pbslaw.org | Apr 12 2024 20:46:00 | Pluese, Becker & Saltzman, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 519477415 | + | Email/Text: dnj@pbslaw.org | Apr 12 2024 20:46:00 | Plueses, Becker, & Saltzman LLP, Attorneys At Law, 20000 Horizon Way, Suite 900, Mount Laurel, NJ 08054-4318 |
| 519477416 | + | Email/Text: bkteam@selenefinance.com | Apr 12 2024 20:46:00 | Selene Finance, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 519477417 | + | Email/Text: bkteam@selenefinance.com | Apr 12 2024 20:46:00 | Selene Finance Company, 9990 Richmond Avenue, Suite 400 South, Attn: Escalation Department, Houston, TX 77042-4546 |

Case 22-10036-VFP    Doc 80    Filed 04/14/24    Entered 04/15/24 00:15:34    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2024 | Form ID: cscnodsc | Total Noticed: 20 |

| Recip ID | | Bypass Reason | | Date/Time | Name and Address |
|---|---|---|---|---|---|
| 519477418 | + | Email/Text: bkteam@selenefinance.com | | Apr 12 2024 20:46:00 | Selene Finance LLC, PO Box 422039, Houston, TX 77242-4239 |
| 519477421 | + | Email/Text: bkteam@selenefinance.com | | Apr 12 2024 20:46:00 | Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 519477423 | + | Email/Text: bkteam@selenefinance.com | | Apr 12 2024 20:46:00 | Selene Finance Services, PO Box 422039, Houston, TX 77242-4239 |
| 519477424 | + | Email/Text: bkteam@selenefinance.com | | Apr 12 2024 20:46:00 | Selene Finance Services LLP, PO Box 71243, Philadelphia, PA 19176-6243 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519664857 | *+ | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519477419 | *+ | Selene Finance LLC, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 519477420 | *+ | Selene Finance LLP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 519477422 | ##+ | Selene Finance LP, PO Box 421517, Houston, TX 77242-1517 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NJCCFund #4 LLC ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NJCCFund #4 LLC hkaplan@rasnj.com  kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor DLJ Mortgage Capital  Inc. hkaplan@rasnj.com, kimwilson@raslg.com |
| Herbert B. Raymond | on behalf of Debtor Godfred Frempong-Manso herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor DLJ Mortgage Capital  Inc. kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 12, 2024 | Form ID: cscnodsc | Total Noticed: 20 |

Shauna M Deluca
    on behalf of Creditor NJCCFund #4 LLC sdeluca@hasbanilight.com hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor DLJ Mortgage Capital  Inc. smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10